United States District Court
Southern District of Texas

**ENTERED**

June 26, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:25-cv-05918 |
|---|---|---|---|

| Michael Hodges |
|---|

| *versus* |
|---|

| First Advantage Corp., a/k/a First Advantage Background Services Corp d/b/a Sterling Check |
|---|

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Eliyahu R. Babad<br>Stein Saks PLLC<br>One University Plaza, Ste 620<br>Hackensack, NJ 07601<br>201-282-6500 x 121<br>NY 4815536<br>SDNY EB2448 |
|---|---|

| Name of party applicant seeks to appear for: | Michael Hodges |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: 6/26/2026 | Signed: | s/ Eliyahu Babad |
|---|---|---|

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: 6/26/2026 | Clerk's signature | /s/ Lisa R. Edwards |

### Order

This lawyer is admitted *pro hac vice.*

Dated: 6/26/2026

_____
United States District Judge